FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL -2 AM 10:59
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEROME ANTWAN COOPER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CV418-046
CR414-345

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 9; Doc. 10). In his objections, Petitioner simply reargues his initial claims that have been fully considered by the Magistrate Judge. After careful consideration, the Court wholly agrees with the report and recommendation. As a result, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2255 Petition is **DISMISSED**.[1] In addition, Petitioner is not entitled to a

---

[1] Petitioner has also filed a Motion to Appoint Counsel (Doc. 2) and a Motion to Request Additional Pages (Doc. 3). In his Motion to Request Additional Pages, Petitioner seeks to "confirm that it's permissible . . . to file additional pages with my [§] 2255." (Doc. 3.) Because the Court has already considered the entirety of Petitioner's 28 U.S.C. §2255 motion, Petitioner's request is **GRANTED**.
    In his Motion to Appoint Counsel, Petitioner requests that the Court appoint counsel to assist him in this case because the case is "complex" and he "has a very limited knowledge of the law." (Doc. 2.) Pursuant to the Criminal Justice Act, 18 U.S.C.

Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of July 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

§ 3006A(2), a Court may appoint counsel in a habeas proceeding "when the interests of justice so require." In this case, the Court can identify no discernible reason as to why Petitioner would need the assistance of counsel at this time. As a result, Petitioner's Motion to Appoint Counsel (Doc. 2) is **DENIED**.

2